# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SECURE MATRIX LLC,** | |
| Plaintiff, | Civil Action No: 2:24-cv-01083 |
| v. | PATENT CASE |
| **COBURN SUPPLY COMPANY, INC.,** | JURY TRIAL DEMANDED |
| Defendant. | |

**[PROPOSED] ORDER GRANTING DEFENDANT COBURN SUPPLY COMPANY, INC.'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Before the Court is Defendant Coburn Supply Company, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.